UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON ALLEN EVANS,

                Plaintiff,

v.

NATHAN HOPP and JESS HALLECK,

                Defendants.

_____/

Case No. 2:25-cv-11935

Honorable Susan K. DeClercq
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 20)
AND GRANTING IN PART AND DENYING IN PART DEFENDANTS'
MOTION TO DISMISS (ECF No. 13)**

On April 24, 2026, Magistrate Judge Elizabeth A. Stafford issued a report, ECF No. 20, recommending that this Court grant in part and deny in part Defendants' motion to dismiss, ECF No. 13.

Judge Stafford provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 20, is **ADOPTED**.

- 2 -

Further, it is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 13, is **GRANTED IN PART** to that extent that Plaintiff's § 1983 official-capacity claims and state-law property destruction claim are **DISMISSED**.

Defendants' Motion to Dismiss, ECF No. 13, is **DENIED IN PART** in all other respects, allowing Plaintiff's § 1983 individual-capacity Fourth Amendment claims to proceed.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 9, 2026