UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON ALLEN EVANS,

Plaintiff,

v.

NATHAN HOPP and JESS HALLECK,

Defendants.
_______________________________________/

Case No. 2:25-cv-11935

Honorable Susan K. DeClercq
United States District Judge

Honorable Elizabeth A. Stafford
United States Magistrate Judge

**OPINION AND ORDER ADOPTING REPORT & RECOMMENDATION (ECF No. 30) AND DISMISSING CASE**

On July 17, 2026, Magistrate Judge Elizabeth A. Stafford issued a report and recommendation (R&R) recommending dismissal of Plaintiff Jason Evans's complaint for failure to prosecute. ECF No. 30.

The R&R follows an order directing Evans to show cause whether his postal address has changed, and why sanctions (up to and including dismissal) should not be imposed for his failure to notify the Court of that change. ECF No. 28. Evans did not respond to that order, and the R&R recommends dismissal given Evans's failure to prosecute this action. *See* ECF No. 30.

Judge Stafford provided 14 days to object to the R&R, but neither party did so. All parties have therefore forfeited their right to appeal Judge Stafford's findings.

*See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the R&R.

Accordingly, it is **ORDERED** that the Report & Recommendation, ECF No. 30, is **ADOPTED**.

Further, it is **ORDERED** that Evans's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** for failure to prosecute.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: August 19, 2026